UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILIP PALMER,

    Plaintiff,

v.

J. PETERS, et al.,

    Defendants.

Case No.: 3:25-cv-00098-MMD-CLB

**ORDER**

On February 18, 2025, pro se plaintiff Philip Palmer, an inmate at Humboldt County Detention Center, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). But Plaintiff neither paid the filing fee for this civil action nor filed an application to proceed *in forma pauperis*, one of which is required for this action to proceed.

The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until April 22, 2025**, to either pay the full $405 filing fee or file: (1) a completed application to proceed *in forma pauperis* with the

inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can address the matter of the filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate with instructions, and to retain the complaint (ECF No. 1-1) but not file it at this time.

**DATED**: February 21, 2025

_____
UNITED STATES MAGISTRATE JUDGE